# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LEON SHELBY BROWN, JR., | No. EDCV 09-2103-AHM (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| C. NOLL, Warden, et al., | |
| Respondents. | |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: November 19, 2009

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS-6